David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
Jesse G. Ranon

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jesse G. Ranon,<br><br>              Plaintiff,<br><br>     vs.<br><br>WELLS FARGO HOME MORTGAGE; EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>              Defendant(s). | Case No.:  **2:16-cv-00139-RFB-NJK**<br><br>**NOTICE OF SETTLEMENT BETWEEN JESSE G. RANON AND <u>EXPERIAN INFORMATION SOLUTIONS, INC.</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between Jesse G. Ranon ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against Experian, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing

requirements as to Experian be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to Experian.

Dated: July 18, 2016

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
*Jesse G. Ranon*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 27th day of Jult, 2016.