David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Jesse G. Ranon*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Jesse G. Ranon, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WELLS FARGO HOME ) <br> MORTGAGE; EXPERIAN ) <br> INFORMATION SOLUTIONS, INC, ) <br> ) <br> Defendants. ) | Case No. 2:16-cv-00139-RFB-NJK <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC** |

Plaintiff Jesse G. Ranon and Experian Information Solutions, Inc ("Experian") hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

…

…

…

Page **1** of **2**

dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to **Experian**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: September 16, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. <br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue <br> Suite 350 <br> Henderson, Nevada 89123 <br> *Attorney for Plaintiff* | /s/ Jennifer L. Braster, Esq. <br> Jennifer L. Braster, Esq. <br> Maupin Naylor Braster <br> 1050 Indigo Drive <br> Suite 112 <br> Las Vegas, NV 89145 <br><br> *Attorney for Defendant Experian Information Solutions, Inc* |

## ORDER

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED:  SEPTEMBER 26, 2016.